IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

AMANDA J. GOINS                                                                                   PLAINTIFF

    v.                                                  CIVIL NO. 07-3052

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                            DEFENDANT

## O R D E R

On this 14th day of April, 2009, the court has before it for consideration plaintiff's request for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. For reasons set forth in the report and recommendation filed by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas, on March 20, 2009, the court finds that the Magistrate's recommendations should be adopted *in toto* and hereby awards plaintiff's attorney fees in the amount of $1,276.28. This amount shall be paid in addition to, and not out of, any past-due benefits plaintiff may be awarded in the future.

    IT IS SO ORDERED.

                                          /s/Jimm Larry Hendren
                                          HON. JIMM LARRY HENDREN
                                          UNITED STATES DISTRICT JUDGE